IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILFRAN ALTAMAR, | No. 4:18-CV-00705 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Schwab) |
| WARDEN CRAIG A. LOWE, | |
| Respondent. | |

## ORDER

MARCH 18, 2019

On February 22, 2019, Magistrate Judge Susan E. Schwab recommended that this Court dismiss Wilfran Altamar's Petition for a Writ of Habeas Corpus as moot. No timely objections were filed. This Court has reviewed the Report and Recommendation and finds no clear error on the face of the record. Therefore, **IT IS HEREBY ORDERED** that the Report and Recommendation, ECF No. 13, is **ADOPTED**, and the Petition, ECF No. 1, is **DISMISSED**. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge